IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED D. SERNA,            ) | CV F 02-5276  AWI LJO P |
|                             ) | |
|              Plaintiff,     ) | ORDER DENYING MOTION FOR INCARCERATED WITNESSES WITHOUT PREJUDICE |
|       v.                    ) | |
|                             ) | (Documents #54 & 55) |
| C/O WILLIAMS,               ) | |
|              Defendant.     ) | |

Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against Correctional Officer Williams for violations of Plaintiff's civil rights. Plaintiff contends that Defendant Williams violated Plaintiff's Eighth Amendment right to be free from cruel and unusual punishment by allegedly grabbing Plaintiff's finger and bending it until it broke.  This action is set for a jury trial on June 28, 2005.

Plaintiff has filed motions to have two inmates brought to trial to testify.  Plaintiff requests that the court bring Inmate Kesick #C12004 and Inmate Carmona #H75239.   Plaintiff provides evidence showing that these witnesses were present and observed the incident between Defendant Williams and Plaintiff on January 24, 2001.  Plaintiff provides evidence that both incarcerated witnesses have indicated in the past that they are willing to testify on behalf of Plaintiff.  However, during pretrial proceedings, Plaintiff admitted that he has not been in

contact with these witnesses for some time.

It is not this court's policy to transport an incarcerated witness unless the witness is currently willing to come to court to testify.  Because Plaintiff's motion does not include any information indicating whether Inmate Kesick and Inmate Carmona are willing to testify on behalf of Plaintiff at a trial beginning on June 28, 2005, the court will deny Plaintiff's motion without prejudice.

Plaintiff may file a renewed motion for the attendance of incarcerated witnesses up until May 23, 2005.  In any renewed motion, Plaintiff must provide evidence that the incarcerated witnesses are willing to testify at a trial beginning on June 28, 2005.   In addition, the court will serve a copy of this order on Inmate Kesick and Inmate Carmona.  If these incarcerated witnesses receive this court order and are unable to contact Plaintiff, Inmate Kesick and Inmate Carmona may directly write the court and state whether they are willing to testify on Plaintiff's behalf.  If Inmates Kesick and/or Inmate Carmona are willing to testify, they should contact the court by May 23, 2005.  Any writing from Inmate Kesick and Inmate Carmona should include the case caption for this action and the case number: CV F 02-5276 AWI LJO P.

Accordingly, the court orders that:

1. Plaintiff's motion for the attendance of incarcerated witnesses is DENIED without prejudice to re-filing by May 23, 2005;
2. Inmate Kesick and Inmate Carmona may directly respond to Plaintiff's request to have them testify by writing the to the court, referencing case number CV F 02-5276 AWI LJO P in their letter;
3. The Clerk of the Court is DIRECTED to send courtesy copies of this order to:

George Kesick
CDC  C-12004
California State Prison, Los Angeles County
44750 60th Street West
Lancaster, CA 93536

Edward Carmona
CDC H-75239
California State Prison, Corcoran
4001 King Avenue
PO Box 8800
Corcoran, CA 93212

IT IS SO ORDERED.

**Dated:    April 28, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                    UNITED STATES DISTRICT JUDGE

3