IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ALFRED D. SERNA,** | ) | **CV F 02-5276  AWI LJO P** |
| | ) | |
| **Plaintiff**, | ) | **ORDER GRANTING MOTIONS** |
| | ) | **NUNC PRO TUNC** |
| v. | ) | |
| | ) | |
| **C/O WILLIAMS,** | ) | (Documents #52 & #57) |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff brought this action raising alleged violations of his civil rights.   On August 10, 2005, a jury returned a verdict in favor of Defendant.   On August 11, 2005, the Clerk of the Court entered judgment.

An administrative review of the docket in this action reveals that two motions have been administratively termed as outstanding motions.   On December 9, 2004, and January 13, 2005, Plaintiff filed motions for additional time in which to file his pretrial statement.    The court granted Plaintiff's request during the February 7, 2005 telephonic hearing, and Plaintiff filed his pretrial statement on February 22, 2005.   The court issued its pretrial order based on Plaintiff's pretrial statement on April 28, 2005.    It appears Plaintiff's motions have been administratively termed as outstanding because the Clerk's minutes for the February 7, 2005 hearing do not reflect the motions were addressed.    To address this administrative error, the court will again resolve the motions.

1 | The court ORDERS that Plaintiff's motions for additional time to file his pretrial
2 | statements, filed December 9, 2004, and January 13, 2005, are GRANTED nunc pro tunc.

4 | IT IS SO ORDERED.

5 | **Dated:    August 30, 2005**            **/s/ Anthony W. Ishii**
    0m8i78                                    UNITED STATES DISTRICT JUDGE

2